**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS (HOUSTON)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
         :

**In re**                    :      **Chapter 11**

**LURIN REAL ESTATE HOLDINGS XXI,**  :      **Case No. 26-90344**
**LLC**, *et al.*,           :

        **Debtors.**[1]     :      **(Jointly Administered)**
         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## SCHEDULE OF ASSETS AND LIABILITIES FOR
## LURIN REAL ESTATE HOLDINGS XXI, LLC (CASE NO. 26-90344)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are Lurin Real Estate Holdings XXI, LLC (4679), Lurin Real Estate Holdings XXVIII, LLC (3122), and Lurin Real Estate Holdings XXXIII, LLC (0626). The location of the Debtors' service address is: 2101 Cedar Springs, Suite 1050, Dallas, TX 75201.

Joshua W. Wolfshohl
State Bar No. 24038592
Megan Young-John
State Bar No. 24088700
PORTER HEDGES LLP
1000 Main Street 36th Floor
Houston, TX 77002
Telephone: 713.226.6000
Email: jwolfshohl@porterhedges.com
Email: myoung-john@porterhedges.com

**ATTORNEYS FOR DEBTORS**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| LURIN REAL ESTATE HOLDINGS XXI, LLC, *et al.* | § Case No. 26-90344 (ARP) |
| | § |
| | § (Jointly Administered) |
| Debtors.[1] | § |
| | § |
| | § |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC**
**DISCLOSURES REGARDING THE ROUND 1 DEBTORS'**
**SCHEDULES OF ASSETS AND LIABILITIES AND**
**STATEMENTS OF FINANCIAL AFFAIRS**

**Introduction**

The debtors in possession in the above-captioned cases (collectively, the "Debtors" or the "Company"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs" or "Statements") and together with the Schedules, (the "Schedules and Statements") with the United States Bankruptcy Court for the Southern District of Texas Houston Division (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Lurin/Home-Index. For purposes of these Global Notes, the "Debtors" referenced are the Round 1 Debtors: Lurin Real Estate Holdings XXI, LLC, Lurin Real Estate Holdings XXVIII, LLC, and Lurin Real Estate Holdings XXXIII, LLC. The location of the Debtors' service address is: 2101 Cedar Springs, Suite 1050, Dallas, TX 75201.

18387061

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. Mark Shapiro, the Debtors' Chief Restructuring Officer, has signed each of the Schedules and Statements. Mr. Shapiro is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Shapiro has relied upon the efforts, statements, and representations of various personnel employed on behalf of the Debtors and their advisors. Mr. Shapiro has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

### Global Notes and Overview of Methodology

1. **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim (a "Claim") description, designation, or Debtor against which the Claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed", "contingent", or "unliquidated"; or object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a claim in the Schedules and Statements as "disputed", "contingent", or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed", "contingent", or "unliquidated". Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing

18387061

contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

**Description of Cases and Information:**  On March 2, 2026 and March 5, 2026 (the "Petition Dates"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code commencing the above-captioned Round 1 cases (the "Chapter 11 Cases"). The Debtors are Lurin Real Estate Holdings XXI, LLC ("Latitude"), Lurin Real Estate Holdings XXVIII, LLC ("Aria"), and Lurin Real Estate Holdings XXXIII, LLC ("Emory") (together, the "Round 1 Debtors"). Latitude was filed March 2, 2026 while Emory and Aria were filed March 5, 2026.

The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors control the books and records for Latitude, however, Emory and Aria were appointed a receiver (the "Receiver") on February 9, 2026 and February 13, 2026 respectively. Those were the dates that the books and records were turned over to the Receiver. Information has been received from the Receiver as of the petition date unless otherwise noted.

The asset and liability information provided herein represents the asset and liability data of the Debtors as of the close of business on March 2, 2026 (Latitude) and March 5, 2026 (Aria and Emory), except as otherwise noted.

2. **Net Book Value of Assets.**  Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book value of assets as of the Petition Dates and do not reflect fair market value, liquidation value, or going-concern value for the respective Debtors.  As such, the values listed in these Schedules and Statements cannot be, and were not, used to determine the Debtors' enterprise valuation.

Certain assets may be fully depreciated, expensed, written down, or written off and therefore may be reported at zero value or omitted entirely.

3. **Recharacterization.**  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

4. **Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the

Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

5.     **Excluded Assets and Liabilities.**

The Bankruptcy Court has authorized (but not directed) the Debtors to pay, in their discretion, certain outstanding prepetition Claims on a post-petition basis. As discussed below, prepetition liabilities that have been paid post-petition or those that the Debtors plan to pay via this Bankruptcy Court authorization may not be reflected in the Schedules and Statements.

6.     **Insiders.** For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of insiders; (e) entities related to insiders; and (f) the Debtors. Persons listed as "insiders" have been included for informational purposes only and their inclusion in the Schedules and Statements, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

7.     **Separate Reporting.** The Debtors maintain the books and records for Latitude. Aria and Emory are under receivership and the Receiver reports and maintains the financial records separately on a cash basis.

8.     **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transactions.

9.     **Executory Contracts.** Although the Debtors made diligent attempts to attribute an executory contract to their rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

10.    **Classifications.** Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority", (c) a Claim on Schedule E/F as "unsecured", or (d) a contract on Schedule G as "executory" or "unexpired", does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims.

18387061

11. **Claims Description.**  Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed", "contingent", and/or "unliquidated".  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed", "contingent", or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed"", "contingent"", or "unliquidated", or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed", "contingent" or "unliquidated".  Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

12. **Causes of Action.**  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13. **Summary of Significant Reporting Policies.**  The following is a summary of significant reporting policies:

   • Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

   • Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

   • Paid Claims.  The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action as is necessary and appropriate to avoid over payment or duplicate payment of any liabilities.

   • Liens.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14. **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

18387061

15. **Intercompany Payables and Receivables.**  Intercompany payables and receivables between the Debtors are set forth on Schedule E/F or Schedule A/B, as applicable.  The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what generally appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  Certain intercompany accounts with no net value that do not reflect an actual payable or receivable balance have been excluded from the Schedules and Statements. The Debtors take no position in these Schedules and Statements as to whether any intercompany accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

16. **Setoffs.**  The Debtors periodically incur certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, credits, warranties, refunds, and other disputes between the Debtors and their customers and/or suppliers.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

17. **Global Notes Control.**  In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary.**  Except as otherwise noted, the asset and liability information provided herein is as of March 2, 2026 for Latitude and as of March 5, 2026 for Aria and Emory.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.  Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Reliance on Receiver Information**. Certain information contained in the Schedules and Statements of Financial Affairs of Aria and Emory (the "Receivership Debtors") has been derived from records, reports, and information provided by Hilco Global, the court-appointed third-party receiver (the "Receiver"), or from the Debtor's review of materials maintained by the Receiver. As of the Petition Date, the Debtor did not have possession, custody, or control of certain underlying books and records and, accordingly, has relied in good faith on the information made available by the Receiver without independent verification. While the Debtor believes such information to be reasonable based on its review, no representation is made as to the completeness or accuracy thereof. The Debtor expressly reserves the right to amend or supplement the Schedules and Statements as additional information becomes available or as discrepancies are identified.

**Schedule A/B.3.**  Cash values held in financial accounts are listed on Schedule A/B 3 as of March 2, 2026 for Latitude and March 5, 2026 for Aria and Emory. For a complete description of the Debtors' cash

18387061

management system see the *Debtors' Emergency Motion For Interim And Final Orders (I) Authorizing the Debtors To (A) Continue Operating its Cash Management System, (B) Honor Certain Prepetition Obligations, and (C) Maintain Existing Business Forms, and (II) Granting Related Relief [Docket No. 21].*

**Schedule A/B.4.**   The Debtors maintain various escrow accounts that are held and controlled by their respective secured lenders. With respect to Aria and Emory, escrow statements provided by the Receiver reflect $0.00 balances as of March 5, 2026. Latitude's escrow account balances held by Fannie Mae are unknown and listed as "undetermined" as of March 2, 2026.

**Schedule A/B.11.** The Debtors' reported accounts receivable includes amounts that may be uncollectible.  The Debtors are unable to determine with certainty what amounts will actually be collected. For Aria and Emory, the accounts receivable balances are reported as of February 9, 2026 and February 13, 2026, respectively, the dates on which a court-appointed receiver assumed control of each property's books and records. Latitude's accounts receivable balance is reported as of February 28, 2026.

**Schedule A/B.40.** Fixtures listed in Schedule A/B 40 are reported at net book value and include office fixtures, furniture, renovations, and appliances such as refrigerators and laundry machines.

**Schedule A/B.47.**  Vehicles listed in Schedule A/B 47 for Latitude and Emory are reported at net book value. Aria does not have any vehicle assets.

**Schedule A/B.55.** The values listed are net book value and should not be used as a proxy for market value.

**Schedule A/B.57.** The depreciation schedules follow the methodology used for tax reporting purposes and do not reflect depreciation calculated in accordance with GAAP.

**Schedule A/B.58.** It is believed that appraisals have been obtained by each of the lenders, but they have not been shared with the Debtors.

**Schedule A/B.60.** Internet domain names are disclosed for informational purposes only and are not assigned independent asset value unless reflected on the Debtors' books and records.

**Schedule A/B.61.** Domain names are not technically owned by the Debtors (but by an affiliate) but are listed for disclosure purposes as the websites and domains add value to the Debtors.

**Schedule A/B.63 & 67.** The Debtors possess confidential tenant files. These are not assets of the Debtors and are not used for marketing purposes. The nature of the information collected and retained is disclosed in Statement of Financial Affairs, Question 16. **Schedule D.**  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights, including parties from whom the Debtors may have received lien notices but whose notices the Debtors understand have not yet been filed or recorded.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall  be deemed a modification or interpretation of the terms of such agreements.

In addition to secured debt held by the Debtors' respective lenders, the Debtors have listed certain mechanics' liens and/or judgment liens asserted against their real property on Schedule D. The

18387061

respective secured lenders hold the highest-priority interests in the collateral; however, the priority, validity, and/or perfection of the other asserted lien interests are unknown. Accordingly, the Debtors have not assigned priority rankings to such liens and expressly reserve all rights to dispute the existence, validity, priority, perfection, or enforceability of any such lien.

**Schedule E/F Part 1:**

The listing by the Debtors represents potential claims held by these taxing authorities, though the Debtors are not aware of any specific amounts owed.

Certain of the claims of state and local taxing authorities set forth in Schedule E/F, ultimately may be deemed to be Secured claims pursuant to state or local laws. Certain of the claims owing to various taxing authorities to which the Debtors may be liable may be subject to ongoing audits. The Debtors reserve their right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority, and the listing of any claim on Schedule E/F does not constitute an admission that such claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

**Schedule E/F Part 2:**

The listing by the Debtors of any account between a Debtor and another Debtor or affix a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

The claims of individual creditors for, among other things, goods, products, services are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due to/from such creditors to the Debtors. The Debtors reserve all of their rights regarding such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

The Round 1 Debtors collect security deposits from tenants and report them as a liability on the balance sheet. Accordingly, the Round 1 Debtors have listed contingent and unliquidated security deposit claims for each of their tenants in Schedule EF, Part 2, as applicable. Security Deposit claims listed in Schedule EF, Part 2 reflect balances as of February 28, 2026. The Round 1 Debtors reserve all of their rights to amend the Schedules to the extent that they determine security deposit balances changed from February 28, 2026 to the Round 1 Debtors' respective petition dates.

Jon Venetos and Lurin Capital, LLC are co-creditors under an unsecured promissory note dated July 1st, 2024 made to Latitude with a balance owing of $5,356,786.32 as of March 2, 2026. Each co-creditor is listed in Schedule E/F, Part 2 for the full amount of the claim, which is designated as contingent because it represents the same underlying obligation asserted by multiple parties, and recoveries of any co-creditor offset the recoveries of the other co-creditors.

Jon Venetos, Lurin Capital, LLC, and Lurin, LLC are co-creditors under an unsecured promissory note made to Emory with a balance owing of $3,686,618.04 as of March 5, 2026. Each co-creditor is listed in Schedule E/F, Part 2 for the full amount of the claim, which is designated as contingent because it

18387061

represents the same underlying obligation asserted by multiple parties, and recoveries of any co-creditor offset the recoveries of the other co-creditors.

Jon Venetos, Lurin Capital, LLC, and Lurin, LLC are co-creditors under an unsecured promissory note made to Aria with an outstanding balance of $1,129,408.98 as of March 5, 2026. Each co-creditor is listed in Schedule E/F, Part 2 for the full amount of the claim, which is designated as contingent because it represents the same underlying obligation asserted by multiple parties, and recoveries of any co-creditor offset the recoveries of the other co-creditors.

**Schedule G.**  Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtors' review is ongoing at the time of the filing of the Schedules and Statements, and inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G.  Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule G. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. In addition, the Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement).

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, it is the Debtors' intent that each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

**Schedule H.**  In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on the Debtors' Schedule E/F part 2 and Statement 7, as applicable.

Furthermore, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, secured financings, debt instruments and other such agreements. No Claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or third parties. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

18387061

**Specific Disclosures with Respect to the Debtors' Statements**

**Statement Question 1 – Revenue.** The amounts shown in response to this question reflect rental revenue and other revenues received in the ordinary course of business. The Debtors' response reflects information available through February 28, 2026. More recent financial data was not finalized as of the filing date and is subject to ongoing review and adjustment.

**Statement Question 3 – Payments Within 90 Days of Petition Date .**
The amounts listed in Statement 3 reflect the Debtors' disbursements or transfers made by the Debtor except for those made to insiders, employees (other than expense reimbursements), and bankruptcy professionals. The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.  All disbursements listed on Statement 3 were made through the Debtors' cash management system. Emory did not make any reportable disbursements or transfers within 90 days of its Petition Date except for those made to insiders, employees (other than expense reimbursements), and bankruptcy professionals.

**Statement Question 4 & 30 – Payments to Insiders.**  The Debtors have listed payments made to Insiders including affiliates Lurin Advisors, LLC; Luran Capital, LLC; Lurin Property Management, LLC; Lurin Management Services, LLC; and to equity-holders of Debtors' affiliates. Debtors have made no transfers to Jon Venetos or relatives of Jon Venetos.

**Statement Question 8 — Assignments and Receiverships.** Hilco Global, was appointed as a third-party receiver (the "Receiver") for the Emory and Aria real estate properties on February 9, 2026 and February 13, 2026, respectively.

**Statement Question 11 — Payments Related to Bankruptcy.** Presented herein are payments made to various professional services firms for services rendered within one year immediately preceding the Petition Date. The services rendered pertain to (i) debt restructuring, (ii) relief under the Bankruptcy Code, and/or (iii) preparation of bankruptcy petitions. Information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications that have been filed (and may prospectively be filed) with the Bankruptcy Court.

**Statement Question 16 — Personally Identifiable Information.**  In the ordinary course of their businesses, the Debtors maintain specific confidential tenant information.

**Statement Question 21 — Property Held For Another.**  To the extent applicable, all Round 1 Debtors have disclosed tenant security deposit obligations as liabilities in Schedule EF, Part 2. For this reason, tenant security deposits are not reported in Statement Question 21.

18387061

Debtor  **Lurin Real Estate Holdings XXI, LLC**                    Case number (if known)  **26-90344**
         Name

---

**Fill in this information to identify the case:**

Debtor name     **Lurin Real Estate Holdings XXI, LLC**

United States Bankruptcy Court for the:     **Southern District of Texas (Houston)**

Case number (if known)   **26-90344**                    ☐ Check if this is an
                                                                  amended filing

---

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
        Copy line 88 from Schedule A/B............................................................................    $ **UNDETERMINED**

   1b.  **Total personal property:**
        Copy line 91A from Schedule A/B..........................................................................    $ **209,867.10 PLUS UNDETERMINED AMOUNTS**

   1c.  **Total of all property:**
        Copy line 92 from Schedule A/B............................................................................    $ **209,867.10 PLUS UNDETERMINED AMOUNTS**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............................    $ **80,414,141.65 PLUS UNDETERMINED AMOUNTS**

3.  *Schedule E/F:* Creditors Who Have Unsecured Claims (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................    $ **UNDETERMINED**

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................    +$ **13,629,008.05 PLUS UNDETERMINED AMOUNTS**

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b                                                                                        $ **94,043,149.70**

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Lurin Real Estate Holdings XXI, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Southern District of Texas (Houston)</strong></td></tr>
<tr><td>Case number (if known)</td><td><strong>26-90344</strong></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes. Fill in the information below

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |
| 2. **Cash on Hand** | |

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
| --- | --- | --- | --- |
| 3. **Checking, savings, money market, or financial brokerage accounts** | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1   COMMERCE ONE | OPERATING ACCOUNT | 9457 | $59,908.06 |

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |
| 4. **Other cash equivalents** *(Identify all)* | |
| 4.1   LENDER CONTROLLED IMMEDIATE REPAIR ESCROW | UNDETERMINED |
| 4.2   LENDER CONTROLLED INSURANCE ESCROW | UNDETERMINED |
| 4.3   LENDER CONTROLLED O&O REPAIR | UNDETERMINED |
| 4.4   LENDER CONTROLLED UNAPPLIED DEBT PAYMENTS | UNDETERMINED |

Debtor   **Lurin Real Estate Holdings XXI, LLC**

Name

Case number (*if known*)   26-90344

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$59,908.06**<br>**PLUS UNDETERMINED AMOUNTS.** |

## Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes. Fill in the information below

|  |  | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1 | CITY OF HOUSTON   WATER UTILITY DEPOSIT | $24,625.00 |

|  |  | Current value of debtor's interest |
|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.1 | GLASSRATNER RETAINER   PREPAID RETAINER | $14,285.71 |
| 8.2 | PORTER HEDGES, LLP   PREPAID RETAINER | $64,708.64 |

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
| **$103,619.35** |

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes. Fill in the information below

Debtor  **Lurin Real Estate Holdings XXI, LLC**
_____  Case number (*if known*)  **26-90344**
Name  _____

|  | | **Current value of debtor's interest** |
| --- | --- | --- |

**11. Accounts receivable**

11a. 90 days old or less:  $67,861.71  -  $21,522.02  =
     face amount     doubtful or uncollectible accounts

                                                                                           $46,339.69

11b. Over 90 days old:  $15,989.81  -  $15,989.81  =
     face amount     doubtful or uncollectible accounts

                                                                                           $0.00

**12. Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

                      **$46,339.69**

---

| **Part 4:** | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.

☐ Yes. Fill in the information below

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- |

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17. Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

                      **$0.00**

---

Debtor    **Lurin Real Estate Holdings XXI, LLC**                              Case number (*if known*)   <u>26-90344</u>
          <sub>Name</sub>

| **Part 5:** | **Inventory, excluding agriculture asset** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No. Go to Part 6.

  ☐ Yes. Fill in the information below

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

19.     **Raw materials**

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

20.     **Work in progress**

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

21.     **Finished goods, including goods held for resale**

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

22.     **Other inventory or supplies**

23.     **Total of Part 5.**
        Add lines 19 through 22. Copy the total to line 84.                                              **$0.00**

24.     **Is any of the property listed in Part 5 perishable?**

  ☐ No.

  ☐ Yes.

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No.

  ☐ Yes. Book value _____ Valuation method _____ Current Value _____

Debtor   **Lurin Real Estate Holdings XXI, LLC**                      Case number (*if known*)   **26-90344**
_____Name_____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐   No.

☐   Yes.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27.   Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■   No. Go to Part 7.

☐   Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28.   **Crops-either planted or harvested**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

29.   **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

30.   **Farm machinery and equipment** *(Other than titled motor vehicles)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

31.   **Farm and fishing supplies, chemicals, and feed**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

32.   **Other farming and fishing-related property not already listed in Part 6**

---

Debtor **Lurin Real Estate Holdings XXI, LLC**
Name

Case number (*if known*)  26-90344

---

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| | |
|---|---|
| | **$0.00** |

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No.

☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 40. **Office fixtures** | | | |
| 40.1  FIXTURES | $762,525.84 | NET BOOK VALUE | UNDETERMINED |

---

Official Form 206A/B          Schedule A/B: Assets - Real and Personal Property          **Page 6**

Debtor  **Lurin Real Estate Holdings XXI, LLC**
Name

Case number (*if known*) **26-90344**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86

**UNDETERMINED**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

■ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No.

☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes. Fill in the information below

Debtor __Lurin Real Estate Holdings XXI, LLC_____ Case number (*if known*) __26-90344__
  Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2017 EZ GO 6 PERSON GOLF CART | $8,750.00 | NET BOOK VALUE | UNDETERMINED |
| 47.2  2017 MAINTENANCE CART | $9,100.00 | NET BOOK VALUE | UNDETERMINED |
| 47.3  2017 MAINTENANCE CART | $9,100.00 | NET BOOK VALUE | UNDETERMINED |
| 47.4  2021 EZ GO 6 PERSON GOLF CART | $9,195.00 | NET BOOK VALUE | UNDETERMINED |
| 47.5  2021 JOHN DEERE GATOR | $13,489.00 | NET BOOK VALUE | UNDETERMINED |
| 47.6  2021 JOHN DEERE GATOR | $13,099.00 | NET BOOK VALUE | UNDETERMINED |
| 47.7  2022 MAINTENANCE CART - FLATBED | $9,950.00 | NET BOOK VALUE | UNDETERMINED |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| **49.** **Aircraft and accessories** | | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

**UNDETERMINED**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

☒ Yes.

Debtor   **Lurin Real Estate Holdings XXI, LLC**                                Case number (*if known*)   **26-90344**
_____Name_____

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑   No.

☐   Yes.

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐   No. Go to Part 10.

☑   Yes. Fill in the information below

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1   MULTIFAMILY RESIDENTIAL PROPERTY: THE LATITUDE 2976 201 & 301 WILCREST DRIVE, HOUSTON TEXAS 77042 734 UNITS | OWNED | $60,306,596.19 | NET BOOK VALUE | UNDETERMINED |

56.   **Total of Part 9.**
Add the current value on lines 55.1 through 55.1 and entries from any additional sheets.
Copy the total to line 88

| **UNDETERMINED** |
|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☐   No.

☑   Yes.

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐   No.

☑   Yes.

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐   No. Go to Part 11.

☑   Yes. Fill in the information below

Debtor  **Lurin Real Estate Holdings XXI, LLC**                                    Case number (*if known*)  **26-90344**
        Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, and trade secrets**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

61.  **Internet domain names and websites**

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 61.1 | DOMAIN: WWW.LATITUDE2976APARTMENTS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.2 | DOMAIN: WWW.LURIN.COM | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

62.  **Licenses, franchises, and royalties**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

63.  **Customer lists, mailing lists, or other compilations**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

64.  **Other intangibles, or intellectual property**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

65.  **Goodwill**

66.  **Total of Part 10.**
     Add lines 60 through 65. Copy the total to line 89.

                                                                        **UNDETERMINED**

Official Form 206A/B               Schedule A/B: Assets - Real and Personal Property                    **Page 10**

Debtor   **Lurin Real Estate Holdings XXI, LLC**                                        Case number (*if known*)   **26-90344**
Name

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No.

☐ Yes.

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No.

☐ Yes.

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No.

☐ Yes.

---

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.

☐ Yes. Fill in the information below

| | **Current value of debtor's interest** |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor)<br><br>Total face amount        doubtful or uncollectible amount | |
| | **Current value of debtor's interest** |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Current value of debtor's interest** |
| 73.   **Interests in insurance policies or annuities** | |
| | **Current value of debtor's interest** |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

---

Official Form 206A/B              Schedule A/B: Assets - Real and Personal Property                      **Page 11**

Debtor  **Lurin Real Estate Holdings XXI, LLC**  Case number (*if known*)  **26-90344**
_____Name_____

|  | **Current value of debtor's interest** |
|---|---|

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

|  | **Current value of debtor's interest** |
|---|---|

76.  **Trusts, equitable or future interests in property**

|  | **Current value of debtor's interest** |
|---|---|

77.  **Other property of any kind not already listed Examples:** Season tickets, country club membership

78.  **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐  No.

☐  Yes.

Debtor **Lurin Real Estate Holdings XXI, LLC**
Name

Case number (*if known*) **26-90344**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $59,908.06 PLUS UNDETERMINED AMOUNTS. | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $103,619.35 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $46,339.69 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | UNDETERMINED | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | UNDETERMINED | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................................> | | UNDETERMINED |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $209,867.10 PLUS UNDETERMINED AMOUNTS. +91b. | UNDETERMINED |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $209,867.10 PLUS UNDETERMINED AMOUNTS. |

Official Form 206A/B                Schedule A/B: Assets - Real and Personal Property                **Page 13**

**Fill in this information to identify the case:**

Debtor name   **Lurin Real Estate Holdings XXI, LLC**

United States Bankruptcy Court for the:   **Southern District of Texas (Houston)**

Case number (if known)   **26-90344**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | *Column A* Amount of claim<br><br>Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
| --- | --- | --- | --- | --- |
| 2.1 | **Secured creditor name and mailing address**<br><br>ACUITY ELECTRIC, INC.<br>ATTN: CHUONG TRUONG, VICE PRESIDENT<br>7814 FULTON ST<br>HOUSTON TX 77022<br><br>**Secured creditor's email address**<br><br>UNKNOWN<br><br>**Date debt was incurred**<br><br>6/4/2025<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br><br>IMPROVED REAL PROPERTY<br>**Describe the lien**<br><br>MECHANIC'S AND MATERIALMAN'S LIEN - #RP-2025-214110<br><br>**Is the creditor an insider or related party?**<br><br>■ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br><br>■ No<br>☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)* | | $1,487.60 | UNDETERMINED |
| | **Do multiple creditors have an interest in the same property?**<br><br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | | |

Debtor **Lurin Real Estate Holdings XXI, LLC**                        Case number (if known) **26-90344**

     Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>Amount of claim<br><br>Do not deduct the value of collateral. | *Column B*<br>Value of collateral that supports this claim |
|---|---|---|

**2.2**

| **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $2,764.26 | UNDETERMINED |
|---|---|---|---|

ACUITY ELECTRIC, INC.
ATTN: CHUONG TRUONG, VICE PRESIDENT
7814 FULTON ST
HOUSTON TX 77022

IMPROVED REAL PROPERTY

**Describe the lien**

MECHANIC'S AND MATERIALMAN'S LIEN - #RP-2026-53403

**Secured creditor's email address**

UNKNOWN

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

2/12/2026

**Is anyone else liable on this claim?**

■ No

☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Debtor **Lurin Real Estate Holdings XXI, LLC**               Case number (if known) **26-90344**

Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
| --- | --- | --- |

| 2.3 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $4,188.00 | UNDETERMINED |
| --- | --- | --- | --- | --- |

ALL-TEX BOILER AND PLUMBING
SERVICES, LLC
ATTN: ROBERT E. VALLOW, MANAGER
10635 TOWER OAKS BOULEVARD
SUITE H
HOUSTON TX 77070

IMPROVED REAL PROPERTY

**Describe the lien**

MECHANIC'S LIEN - # RP-2024-260924

**Secured creditor's email address**

UNKNOWN

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

7/19/2024

**Is anyone else liable on this claim?**

■ No

☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Debtor **Lurin Real Estate Holdings XXI, LLC**                  Case number (if known) **26-90344**

Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A Amount of claim  Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.4**

**Secured creditor name and mailing address**

B & G CONSTRUCTION
ATTN: LILIANEDA MEDINA, OWNER
10878 WESTHEIMER RD
SUITE 255
HOUSTON TX 77042

**Secured creditor's email address**

UNKNOWN

**Date debt was incurred**

9/12/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

IMPROVED REAL PROPERTY

**Describe the lien**

MECHANIC'S LIEN - #RP-2025-363648

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Column A: $64,720.66    Column B: UNDETERMINED

---

**2.5**

**Secured creditor name and mailing address**

COLORSTAR PAINTING
ATTN: ALCIDES MINERO, OWNER
23631 STARBRIDGE LAKE LN
RICHMOND TX 77407

**Secured creditor's email address**

UNKNOWN

**Date debt was incurred**

2/14/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

IMPROVED REAL PROPERTY

**Describe the lien**

MECHANIC'S LIEN - #RP-2025-54077

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Column A: $125,241.85    Column B: UNDETERMINED

---

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        Page 4 of 15

Debtor **Lurin Real Estate Holdings XXI, LLC**   Case number (if known) **26-90344**

Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.6 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $357,048.48 | UNDETERMINED |
|---|---|---|---|---|

CWC RENOVATION INC
ATTN: ELMER IVAN LOPEZ
PO BOX 842160
HOUSTON TX 77284

IMPROVED REAL PROPERTY

**Describe the lien**

MECHANIC'S LIEN - #RP-2023-70941

**Secured creditor's email address**

UNKNOWN

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

3/1/2023

**Is anyone else liable on this claim?**

■ No

☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

| 2.7 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $79,202,369.00 | UNDETERMINED |
|---|---|---|---|---|

FANNIE MAE
ATTN LOAN SERVICING
2177 YOUNGMAN AVE
ST PAUL MN 55116

ALL PROPERTY AND PROCEEDS FROM THE LATITUDE APARTMENT COMPLEX AT 201 & 301 WILCREST DRIVE, HOUSTON, TEXAS, 77042

**Describe the lien**

PROMISSORY NOTE AND FIRST LIEN MORTGAGE

**Secured creditor's email address**

UNKNOWN

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

6/30/2023

**Is anyone else liable on this claim?**

☐ No

■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  **Lurin Real Estate Holdings XXI, LLC**                                     Case number (if known) **26-90344**

Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| | | | |
|---|---|---|---|
| **2.8** | **Secured creditor name and mailing address**<br><br>HOME STAR CLEANING<br>ATTN: BRENDA C. GAYTAN, OWNER<br>3808 KEELAND ST<br>HOUSTON TX 77093 | **Describe debtor's property that is subject to a lien**<br><br>IMPROVED REAL PROPERTY | $26,740.10 | UNDETERMINED |

**Describe the lien**

MECHANIC'S LIEN - #RP-2024-235365

**Secured creditor's email address**

UNKNOWN

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

6/27/2024

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| | | | |
|---|---|---|---|
| **2.9** | **Secured creditor name and mailing address**<br><br>IMPACT FLOORS OF TEXAS, LLC<br>ATTN: CHRISTINA NIEMAN, AGENT AND LIEN COORDINATOR<br>2325 E. BELTLINE RD<br>SUITE 200<br>CARROLLTON TX 75006 | **Describe debtor's property that is subject to a lien**<br><br>IMPROVED REAL PROPERTY | $85,249.32 | UNDETERMINED |

**Describe the lien**

MECHANIC'S AND MATERIALMAN'S LIEN - #RP-2025-91584

**Secured creditor's email address**

UNKNOWN

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

3/13/2025

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

Debtor **Lurin Real Estate Holdings XXI, LLC**                    Case number (if known) **26-90344**
      Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- |

| 2.10 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $22,293.49 | UNDETERMINED |
| --- | --- | --- | --- | --- |

IMPACT FLOORS OF TEXAS, LLC
ATTN: CHRISTINA NIEMAN, AGENT AND LIEN COORDINATOR
2325 E. BELTLINE RD
SUITE 200
CARROLLTON TX 75006

IMPROVED REAL PROPERTY

**Describe the lien**

MECHANIC'S AND MATERIALMAN'S LIEN - #RP-2025-92408

**Secured creditor's email address**

UNKNOWN

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

3/14/2025

**Is anyone else liable on this claim?**

☐ No

■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.11 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $4,343.25 | UNDETERMINED |
| --- | --- | --- | --- | --- |

J ROLMAN PAINTING INC
PO BOX 771542
HOUSTON TX 77215

IMPROVED REAL PROPERTY

**Describe the lien**

MECHANIC'S LIEN - #RP-2025-447833

**Secured creditor's email address**

UNKNOWN

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

11/11/2025

**Is anyone else liable on this claim?**

■ No

☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

Debtor **Lurin Real Estate Holdings XXI, LLC**                    Case number (if known) **26-90344**

     Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* Amount of claim  Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|---|

---

**2.12**

**Secured creditor name and mailing address**

J ROLMAN PAINTING INC
PO BOX 771542
HOUSTON TX 77215

**Secured creditor's email address**

UNKNOWN

**Date debt was incurred**

10/14/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

IMPROVED REAL PROPERTY

**Describe the lien**

MECHANIC'S LIEN - #RP-2025-407192

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

| | |
|---|---|
| $119,264.67 | UNDETERMINED |

---

**2.13**

**Secured creditor name and mailing address**

J&H PAINTING SERVICES
ATTN: JULIO CESAR SERPAS FLORES, OWNER
PO BOX 421649
HOUSTON TX 77242

**Secured creditor's email address**

UNKNOWN

**Date debt was incurred**

11/5/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

IMPROVED REAL PROPERTY

**Describe the lien**

MECHANIC'S AND MATERIALMAN'S LIEN - #RP-2025-439209

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

| | |
|---|---|
| $46,432.70 | UNDETERMINED |

---

Debtor **Lurin Real Estate Holdings XXI, LLC**        Case number (if known) **26-90344**

Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.14**

**Secured creditor name and mailing address**

JP RAINBOW PAINTING, LLC
ATTN: MATILDE SANTOS, OWNER
902 EVANDALE LN
SUGAR LAND TX 77479

**Secured creditor's email address**

UNKNOWN

**Date debt was incurred**

12/23/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $10,220.00    UNDETERMINED

IMPROVED REAL PROPERTY

**Describe the lien**

CONSTITUTIONAL MECHANIC LIEN - #RP-2025-504955

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**2.15**

**Secured creditor name and mailing address**

MONGE CONTRACTING GROUP, LLC
ATTN: YEIMI BURUCA, OWNER
3025 CARRIZO SPRINGS CT
KATY TX 77449

**Secured creditor's email address**

UNKNOWN

**Date debt was incurred**

3/1/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $24,385.00    UNDETERMINED

IMPROVED REAL PROPERTY

**Describe the lien**

MECHANIC'S AND MATERIALMAN'S LIEN - #RP-2023-69568

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Debtor **Lurin Real Estate Holdings XXI, LLC**            Case number (if known) **26-90344**

Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* Amount of claim | *Column B* Value of collateral that supports this claim |
|---|---|---|
| | Do not deduct the value of collateral. | |

| 2.16 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $95,807.08 | UNDETERMINED |
|---|---|---|---|---|

ONE STOP RENOVATION LLC
ATTN: HOWARD O. GUILLEN, OWNER
8522 BRINKLOW POINT DR
CYPRESS TX 77443

IMPROVED REAL PROPERTY

**Describe the lien**

JUDGEMENT LIEN - #RP-2026-47967

**Secured creditor's email address**

UNKNOWN

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

2/9/2026

**Is anyone else liable on this claim?**

☐ No

■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $30,852.14 | UNDETERMINED |
|---|---|---|---|---|

PLEITEZ CARPET CLEANING
ATTN: EDWIN A. PIEITEZ
2631 WHITINHAM DR
HOUSTON TX 77067

IMPROVED REAL PROPERTY

**Describe the lien**

MECHANIC'S LIEN - # RP-2024-227124

**Secured creditor's email address**

UNKNOWN

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

6/21/2024

**Is anyone else liable on this claim?**

■ No

☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

Debtor **Lurin Real Estate Holdings XXI, LLC**                Case number (if known) **26-90344**

Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.18** **Secured creditor name and mailing address**

QUEEN LUXE CONSTRUCTION
ATTN: DAYRYN GARCIA, CFO
3831 CYRIL DRIVE
HUMBLE TX 77396

**Secured creditor's email address**

UNKNOWN

**Date debt was incurred**

5/30/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**        $36,572.00     UNDETERMINED

IMPROVED REAL PROPERTY

**Describe the lien**

HOMESTEAD OR NON-HOMESTEAD ORIGINAL CONTRACTOR MECHANICS, CONTRACTORS & MATERIALMAN'S LIEN - # RP-2024-196240

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

**2.19** **Secured creditor name and mailing address**

REDI CARPET SALES
ATTN: MS. KIANA CRUZ, CREDIT SPECIALIST
PO BOX 971442
DALLAS TX 75397

**Secured creditor's email address**

UNKNOWN

**Date debt was incurred**

11/4/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**        $53,187.70     UNDETERMINED

IMPROVED REAL PROPERTY

**Describe the lien**

MECHANIC'S AND MATERIALMAN'S LIEN - #RP-2024-410304

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

Debtor **Lurin Real Estate Holdings XXI, LLC**          Case number (if known) **26-90344**

Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.20**

**Secured creditor name and mailing address**

SOUTHLAND PROPERTY TAX CONSULTANTS INC
C/O KELLY HART & HALLMAN LLP
ATTN: DEE KELLY, JR., E. TAYLOR TERRY
201 MAIN STREET
SUITE 2500
FORT WORTH TX 76102

**Secured creditor's email address**

UNKNOWN

**Date debt was incurred**

2/5/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

JUDGEMENT LIEN

**Describe the lien**

JUDGMENT LIEN #202600025314

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $31,455.56

Column B: UNDETERMINED

Debtor  **Lurin Real Estate Holdings XXI, LLC**                    Case number (if known) **26-90344**

Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.21**

**Secured creditor name and mailing address**

TEXPLUS SERVICES INC
ATTN: ALEJANDRA MARTINEZ, OWNER
14823 TILLEY ST
HOUSTON TX 77084

**Secured creditor's email address**

UNKNOWN

**Date debt was incurred**

8/13/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

IMPROVED REAL PROPERTY

**Describe the lien**

MECHANIC'S LIEN - #RP-2024-293482

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

$41,840.00   UNDETERMINED

**2.22**

**Secured creditor name and mailing address**

THE CWEREN LAW FIRM, PLLC
ATTN: BRIAN P. CWEREN
3311 RICHMOND AVENUE
SUITE 305
HOUSTON TX 77098

**Secured creditor's email address**

UNKNOWN

**Date debt was incurred**

12/4/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

IMPROVED REAL PROPERTY

**Describe the lien**

JUDGEMENT LIEN - #RP-2025-477988

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,959.33   UNDETERMINED

Debtor **Lurin Real Estate Holdings XXI, LLC**                                     Case number (if known) **26-90344**

Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|---|

**2.23**

**Secured creditor name and mailing address**

THE GUARANTEE COMPANY OF NORTH AMERICA USA
ONE TOWN SQUARE
SUITE 1470
SOUTHFIELD MI 48076

**Secured creditor's email address**

UNKNOWN

**Date debt was incurred**

10/10/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

INDEMNITY TO SURETY BOND

**Describe the lien**

UCC LIEN #250057256740

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

| | |
|---|---|
| UNDETERMINED | UNDETERMINED |

**2.24**

**Secured creditor name and mailing address**

WOOD ELECTRICAL SERVICES, INC.
ATTN: RONALD C. WOOD, PRESIDENT
3099 ANTOINE
HOUSTON TX 77092

**Secured creditor's email address**

UNKNOWN

**Date debt was incurred**

3/13/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

IMPROVED REAL PROPERTY

**Describe the lien**

FIXING LIEN - #RP-2025-91466

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

| | |
|---|---|
| $719.46 | UNDETERMINED |

Debtor **Lurin Real Estate Holdings XXI, LLC**                                    Case number (if known) **26-90344**

       Name

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| | |
|---|---|
| | **$80,414,141.65** |
| | **PLUS UNDETERMINED AMOUNTS** |

---

**Part 2:**      **List Others to Be Notified for a Debt Already Listed in Part 1**

---

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| FANNIE MAE<br>C/O JLL REAL ESTATE CAPITAL LLC<br>ATTN: LOAN SERVICING<br>2177 YOUNGMAN AVENUE<br>ST. PAUL MN 55116 | Line  2.7 | |

**Fill in this information to identify the case:**

Debtor name     **Lurin Real Estate Holdings XXI, LLC**

United States Bankruptcy Court for the:     **Southern District of Texas (Houston)**

Case number (if known)   **26-90344**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED | UNDETERMINED |
|  | TAX ASSESSOR COLLECTOR PO BOX 4622 HOUSTON TX 77210 | ☐ Contingent ■ Unliquidated ☐ Disputed | | |
|  | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL TAX LIABILITY | | |
|  | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 8 | ☐ No ☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Debtor  **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known)  **26-90344** _____

Name

| | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

AAA PLUMBERS
6547 PETROPARK DRIVE
HOUSTON TX 77041

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$8,754.00**

---

**3.2** **Nonpriority creditor's name and mailing address**

ABC HOME & COMMERCIAL SERVICE
9475 E. HWY 290
AUSTIN TX 78724

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$8,481.41**

---

**3.3** **Nonpriority creditor's name and mailing address**

ABC PEST CONTROL OF HOUSTON, INC.
11934 BARKER CYPRESS ROAD
CYPRESS TX 77433

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$4,221.76**

---

**3.4** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$300.00**

---

**3.5** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$200.00**

---

Debtor   **Lurin Real Estate Holdings XXI, LLC** _____   Case number (if known)   **26-90344** _____

Name

|  | | **Amount of claim** |
|---|---|---|

**3.6**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$300.00**

---

**3.7**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

**3.8**   **Nonpriority creditor's name and mailing address**

AJIAJ INSURANCE COMPANY, LLC
1331 S JUPITER RD
STE 300
GARLAND TX 75042

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$218,780.70**

---

**3.9**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

**3.10**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$300.00**

---

Debtor   **Lurin Real Estate Holdings XXI, LLC**                    Case number (if known)   **26-90344**

Name

| | | Amount of claim |
|---|---|---|

**3.11**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$125.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.12**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$75.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.13**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$125.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.14**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$200.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.15**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor  **Lurin Real Estate Holdings XXI, LLC** _____  Case number (if known)  **26-90344** _____
   Name

| | | Amount of claim |
|---|---|---|

**3.16**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** <u>SECURITY DEPOSIT</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$75.00**

---

**3.17**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** <u>SECURITY DEPOSIT</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$200.00**

---

**3.18**  **Nonpriority creditor's name and mailing address**

ALLY WASTE SERVICES INC
3610 N JOSEY LN
STE 223
CARROLLTON TX 75007

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>LITIGATION</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**UNDETERMINED**

---

**3.19**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** <u>SECURITY DEPOSIT</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$600.00**

---

**3.20**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** <u>SECURITY DEPOSIT</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$200.00**

---

| | | Amount of claim |
|---|---|---|

Debtor  **Lurin Real Estate Holdings XXI, LLC**          Case number (if known)  **26-90344**

Name

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | $200.00 |
| | **As of the petition filing date, the claim is:** Check all that apply | |
| | ■ Contingent | |
| | NAME ON FILE | |
| | ADDRESS ON FILE ■ Unliquidated | |
| | ☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS    **Basis for the claim:** SECURITY DEPOSIT | |
| | **Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | $400.00 |
| | **As of the petition filing date, the claim is:** Check all that apply | |
| | ■ Contingent | |
| | NAME ON FILE | |
| | ADDRESS ON FILE ■ Unliquidated | |
| | ☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS    **Basis for the claim:** SECURITY DEPOSIT | |
| | **Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | $125.00 |
| | **As of the petition filing date, the claim is:** Check all that apply | |
| | ■ Contingent | |
| | NAME ON FILE | |
| | ADDRESS ON FILE ■ Unliquidated | |
| | ☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS    **Basis for the claim:** SECURITY DEPOSIT | |
| | **Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | $75.00 |
| | **As of the petition filing date, the claim is:** Check all that apply | |
| | ■ Contingent | |
| | NAME ON FILE | |
| | ADDRESS ON FILE ■ Unliquidated | |
| | ☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS    **Basis for the claim:** SECURITY DEPOSIT | |
| | **Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | $125.00 |
| | **As of the petition filing date, the claim is:** Check all that apply | |
| | ■ Contingent | |
| | NAME ON FILE | |
| | ADDRESS ON FILE ■ Unliquidated | |
| | ☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS    **Basis for the claim:** SECURITY DEPOSIT | |
| | **Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor **Lurin Real Estate Holdings XXI, LLC**                                    Case number (if known)   **26-90344**
_____
Name

| | | Amount of claim |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** SECURITY DEPOSIT<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | $300.00 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** SECURITY DEPOSIT<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | $200.00 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** SECURITY DEPOSIT<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | $600.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** SECURITY DEPOSIT<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | $300.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** SECURITY DEPOSIT<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | $200.00 |

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 7 of 91

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____
Name

| | | **Amount of claim** |
|---|---|---|

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$175.00** |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>SECURITY DEPOSIT</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00** |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>SECURITY DEPOSIT</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00** |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>SECURITY DEPOSIT</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00** |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>SECURITY DEPOSIT</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>SECURITY DEPOSIT</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor   **Lurin Real Estate Holdings XXI, LLC**                                    Case number (if known)   **26-90344**

Name

| | Amount of claim |
|---|---|

**3.36** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

$75.00

---

**3.37** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

$400.00

---

**3.38** **Nonpriority creditor's name and mailing address**

APARTMENT LISTS, INC.
DEPT. 3653, P.O. BOX 123653
DALLAS TX 75312

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

$15,618.12

---

**3.39** **Nonpriority creditor's name and mailing address**

APARTMENTS, LLC
2563 COLLECTION CENTER DRIVE
CHICAGO IL 60693

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

$1,700.00

---

**3.40** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

$300.00

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____
      Name

| | | Amount of claim |
|---|---|---|

**3.41** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.42** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$125.00**

---

**3.43** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.44** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.45** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344**
     Name

|  | | Amount of claim |
|---|---|---|

**3.46**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$300.00**

---

**3.47**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.48**   **Nonpriority creditor's name and mailing address**

AT&T
P.O. BOX 5001
CAROL STREAM IL 60197

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$14,901.48**

---

**3.49**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$300.00**

---

**3.50**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$300.00**

---

Debtor  **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

Name

| | | **Amount of claim** |
|---|---|---|

3.51 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

3.52 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

3.53 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$200.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

3.54 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$75.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

3.55 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$125.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

Debtor   **Lurin Real Estate Holdings XXI, LLC**                          Case number (if known)   **26-90344**

Name

|  |  | **Amount of claim** |
|---|---|---|

**3.56** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$75.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS     **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.57** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$225.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS     **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.58** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$125.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS     **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.59** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$175.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS     **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.60** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$400.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS     **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| Debtor | **Lurin Real Estate Holdings XXI, LLC** | Case number (if known) | **26-90344** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.61** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$400.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.62** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.65** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$1,225.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

Name

|  |  | Amount of claim |
|---|---|---|

**3.66** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$300.00**

---

**3.67** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$300.00**

---

**3.68** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$175.00**

---

**3.69** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.70** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$400.00**

---

Debtor **Lurin Real Estate Holdings XXI, LLC**     Case number (if known) **26-90344**

Name

| | | Amount of claim |
|---|---|---|

**3.71** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply    **$400.00**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

**3.72** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply    **$20,717.18**

CHADWELL SUPPLY, INC.
P.O. BOX 105172
ATLANTA GA 30348

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

**3.73** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply    **$1,060.00**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

**3.74** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply    **$200.00**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

**3.75** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply    **$200.00**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

Debtor **Lurin Real Estate Holdings XXI, LLC**     Case number (if known) **26-90344**

Name

|  | | | **Amount of claim** |
|---|---|---|---|

**3.76**    **Nonpriority creditor's name and mailing address**

     **As of the petition filing date, the claim is:** Check all that apply

         **$200.00**

NAME ON FILE
ADDRESS ON FILE

   ■ Contingent
   ■ Unliquidated
   ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.77**    **Nonpriority creditor's name and mailing address**

     **As of the petition filing date, the claim is:** Check all that apply

         **$300.00**

NAME ON FILE
ADDRESS ON FILE

   ■ Contingent
   ■ Unliquidated
   ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.78**    **Nonpriority creditor's name and mailing address**

     **As of the petition filing date, the claim is:** Check all that apply

         **$300.00**

NAME ON FILE
ADDRESS ON FILE

   ■ Contingent
   ■ Unliquidated
   ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.79**    **Nonpriority creditor's name and mailing address**

     **As of the petition filing date, the claim is:** Check all that apply

         **$200.00**

NAME ON FILE
ADDRESS ON FILE

   ■ Contingent
   ■ Unliquidated
   ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.80**    **Nonpriority creditor's name and mailing address**

     **As of the petition filing date, the claim is:** Check all that apply

         **$400.00**

NAME ON FILE
ADDRESS ON FILE

   ■ Contingent
   ■ Unliquidated
   ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC**                    Case number (if known)  **26-90344**

Name

| | | Amount of claim |
|---|---|---|

**3.81** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

**3.82** **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION NO. 2
P.O. BOX 650838
DALLAS TX 75265

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$1,624.21**

---

**3.83** **Nonpriority creditor's name and mailing address**

CITY OF HOUSTON - ARA BURGLAR ALARM
ADMINISTRATION
P.O. BOX 203887
HOUSTON TX 77216

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$993.24**

---

**3.84** **Nonpriority creditor's name and mailing address**

CITY OF HOUSTON MUNICIPAL COURTS
DEPARTMENT
PO BOX 4996
HOUSTON TX 77210

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$826.00**

---

**3.85** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$175.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 18 of 91

Debtor   **Lurin Real Estate Holdings XXI, LLC**  Case number (if known)   **26-90344**

Name

| | | Amount of claim |
|---|---|---|

**3.86** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

$200.00

---

**3.87** **Nonpriority creditor's name and mailing address**

COLLEEN AI INC
444 SEABREEZE BLVD
STE 900
DAYTON BEACH FL 32118

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

$5,497.50

---

**3.88** **Nonpriority creditor's name and mailing address**

COLORSTAR PAINTING
23631 STARBRIDGE LAKE LN
RICHMOND TX 77407

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

$1,198.12

---

**3.89** **Nonpriority creditor's name and mailing address**

CONSERVICE, LLC
PO BOX 4697
LOGAN UT 84323

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

$27,443.88

---

**3.90** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

$200.00

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____
Name

| | | Amount of claim |
|---|---|---|

**3.91** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$300.00

---

**3.92** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$125.00

---

**3.93** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$200.00

---

**3.94** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$200.00

---

**3.95** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$400.00

---

Debtor   **Lurin Real Estate Holdings XXI, LLC** _____   Case number (if known) **26-90344** _____
   Name

|  | | **Amount of claim** |
|---|---|---|

3.96 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$1,225.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.97 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.98 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$200.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.99 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.100 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$200.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

Debtor  **Lurin Real Estate Holdings XXI, LLC**
Name

Case number (if known)   **26-90344**

|  | | Amount of claim |
|---|---|---|

3.101  **Nonpriority creditor's name and mailing address**

$300.00

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.102  **Nonpriority creditor's name and mailing address**

$200.00

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.103  **Nonpriority creditor's name and mailing address**

$400.00

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.104  **Nonpriority creditor's name and mailing address**

$300.00

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.105  **Nonpriority creditor's name and mailing address**

$300.00

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor   **Lurin Real Estate Holdings XXI, LLC**                                   Case number (if known)   **26-90344**

Name

| | Amount of claim |
|---|---|

**3.106** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

**3.107** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

**3.108** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

**3.109** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$400.00**

---

**3.110** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 23 of 91

Debtor **Lurin Real Estate Holdings XXI, LLC** — Case number (if known) **26-90344**

Name

|  | **Amount of claim** |
|---|---|

**3.111** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.112** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$125.00**

---

**3.113** **Nonpriority creditor's name and mailing address**

DIVERSITY SECURITY SERVICES LLC
19901 SOUTHWEST FREEWAY
SUGARLAND TX 77479

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$6,928.00**

---

**3.114** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,460.00**

---

**3.115** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

Debtor   **Lurin Real Estate Holdings XXI, LLC** _____   Case number (if known)  **26-90344** _____
         Name

|  | | Amount of claim |
|---|---|---|

**3.116** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

$200.00

---

**3.117** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

$600.00

---

**3.118** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

$300.00

---

**3.119** **Nonpriority creditor's name and mailing address**

DOORKING, INC.
120 S. GLASGOW AVENUE
INGLEWOOD CA 90301

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

$2,319.45

---

**3.120** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

$400.00

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

Name

| | | Amount of claim |
|---|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** | $300.00 |

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | $300.00 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | $400.00 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | $200.00 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | $200.00 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC**     Case number (if known)   **26-90344**

Name

|  | | Amount of claim |
|---|---|---|

**3.126**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** <u>SECURITY DEPOSIT</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$75.00**

---

**3.127**   **Nonpriority creditor's name and mailing address**

EHL CONSTRUCTION AND PAINTING CORP.
1860 FM 359
#248
RICHMOND TX 77406

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$28,795.00**

---

**3.128**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** <u>SECURITY DEPOSIT</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$125.00**

---

**3.129**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** <u>SECURITY DEPOSIT</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.130**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** <u>SECURITY DEPOSIT</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

Debtor  **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

Name

|  | | Amount of claim |
|---|---|---|

**3.131** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$300.00**

**3.132** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$200.00**

**3.133** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$125.00**

**3.134** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$200.00**

**3.135** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$300.00**

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

Name

| | | Amount of claim |
|---|---|---|

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,357.61** |

ENTRATA, INC.
4205 CHAPEL RIDGE RD
LEHI UT 84048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____
     Name

|  | | **Amount of claim** |
|---|---|---|

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

FANNIE MAE
ATTN LOAN SERVICING
2177 YOUNGMAN AVE
ST PAUL MN 55116

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 11/06/2025

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Lurin Real Estate Holdings XXI, LLC** | Case number (if known) | **26-90344** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75,566.58**

FORWARD BUILDING PRODUCTS, LLC
1331 S JUPITER RD
STE 300
GARLAND TX 75042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

Name

| | | Amount of claim |
|---|---|---|

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$400.00**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$400.00**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 32 of 91

Debtor **Lurin Real Estate Holdings XXI, LLC**     Case number (if known) **26-90344**

Name

|  | | **Amount of claim** |
|---|---|---|

**3.156** **Nonpriority creditor's name and mailing address**     **$300.00**

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.157** **Nonpriority creditor's name and mailing address**     **$200.00**

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**     **$38,722.04**

**As of the petition filing date, the claim is:** Check all that apply

GREEN DAYS LAWN CARE
9419 ROOS RD
HOUSTON TX 77036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.159** **Nonpriority creditor's name and mailing address**     **$200.00**

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.160** **Nonpriority creditor's name and mailing address**     **$200.00**

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Lurin Real Estate Holdings XXI, LLC**                     Case number (if known)   **26-90344**

Name

| | | Amount of claim |
|---|---|---|

**3.161** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$400.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Official Form 206 E/F               Schedule E/F: Creditors Who Have Unsecured Claims               Page 34 of 91

Debtor **Lurin Real Estate Holdings XXI, LLC**     Case number (if known) **26-90344**

Name

| | Amount of claim |
|---|---|

**3.166** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

$300.00

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.167** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

$200.00

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.168** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

$400.00

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.169** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

$175.00

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.170** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

$300.00

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

Debtor   **Lurin Real Estate Holdings XXI, LLC**_____   Case number (if known)   **26-90344**_____
         Name

| | | Amount of claim |
|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | |
| | | **$125.00** |

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **$200.00** |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **$300.00** |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **$400.00** |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

IMPACT FLOORS OF TEXAS LLC
ATTN: CHRISTINA NIEMAN, AGENT AND LIEN
COORDINATOR
2325 E. BELTLINE RD
SUITE 200
CARROLLTON TX 75006

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** LITIGATION

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC**                                    Case number (if known) **26-90344**

Name

| | | Amount of claim |
|---|---|---|

**3.176**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$200.00**

---

**3.177**  **Nonpriority creditor's name and mailing address**

INTEGRATED RENOVATIONS
1331 S JUPITER RD
STE 300
GARLAND TX 75042

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**INTERCOMPANY PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$9,300.00**

---

**3.178**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$75.00**

---

**3.179**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$125.00**

---

**3.180**  **Nonpriority creditor's name and mailing address**

J ROLMAN PAINTING
8410 BLANKENSHIP DR
HOUSTON TX 77080

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**LITIGATION

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**UNDETERMINED**

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

Name

| | Amount of claim |
|---|---|

**3.181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC**      Case number (if known) **26-90344**

Name

| | Amount of claim |
|---|---|

**3.186**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

    **$200.00**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.187**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

    **$200.00**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.188**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

    **$200.00**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.189**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

    **$300.00**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.190**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

    **$200.00**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

Debtor   **Lurin Real Estate Holdings XXI, LLC**                              Case number (if known)   **26-90344**

      Name

|  | | **Amount of claim** |
|---|---|---|

3.191 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

3.192 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$200.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

3.193 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$200.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

3.194 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$200.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

3.195 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$500.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page 40 of 91

Debtor  **Lurin Real Estate Holdings XXI, LLC**                                    Case number (if known)  **26-90344**

     Name

|  | | Amount of claim |
|---|---|---|

3.196  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

3.197  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

3.198  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$200.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

3.199  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$175.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

3.200  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$200.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

Debtor  **Lurin Real Estate Holdings XXI, LLC**

Name

Case number (if known)  **26-90344**

| | | **Amount of claim** |
|---|---|---|

**3.201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00** |
| | NAME ON FILE | ■ Contingent | |
| | ADDRESS ON FILE | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** SECURITY DEPOSIT | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

**3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00** |
| | NAME ON FILE | ■ Contingent | |
| | ADDRESS ON FILE | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** SECURITY DEPOSIT | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

**3.203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$400.00** |
| | NAME ON FILE | ■ Contingent | |
| | ADDRESS ON FILE | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** SECURITY DEPOSIT | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

**3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,356,786.32** |
| | JON VENETOS | ■ Contingent | |
| | ADDRESS ON FILE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** 07/01/2024 | **Basis for the claim:** INSIDER PROMISSORY NOTE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |
| | NAME ON FILE | ■ Contingent | |
| | ADDRESS ON FILE | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** SECURITY DEPOSIT | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 42 of 91

Debtor **Lurin Real Estate Holdings XXI, LLC** _____   Case number (if known)   **26-90344** _____
          Name

| | | Amount of claim |
|---|---|---|

**3.206**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$300.00**

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.207**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$200.00**

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.208**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$300.00**

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.209**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$125.00**

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.210**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$200.00**

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

Name

| | | Amount of claim |
|---|---|---|
| 3.211 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00** |
| | ■ Contingent | |
| NAME ON FILE | ■ Unliquidated | |
| ADDRESS ON FILE | ☐ Disputed | |
| **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** SECURITY DEPOSIT | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**  ☐ No  ☐ Yes | |
| 3.212 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00** |
| | ■ Contingent | |
| NAME ON FILE | ■ Unliquidated | |
| ADDRESS ON FILE | ☐ Disputed | |
| **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** SECURITY DEPOSIT | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**  ☐ No  ☐ Yes | |
| 3.213 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00** |
| | ■ Contingent | |
| NAME ON FILE | ■ Unliquidated | |
| ADDRESS ON FILE | ☐ Disputed | |
| **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** SECURITY DEPOSIT | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**  ☐ No  ☐ Yes | |
| 3.214 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00** |
| | ■ Contingent | |
| NAME ON FILE | ■ Unliquidated | |
| ADDRESS ON FILE | ☐ Disputed | |
| **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** SECURITY DEPOSIT | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**  ☐ No  ☐ Yes | |
| 3.215 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00** |
| | ■ Contingent | |
| NAME ON FILE | ■ Unliquidated | |
| ADDRESS ON FILE | ☐ Disputed | |
| **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** SECURITY DEPOSIT | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**  ☐ No  ☐ Yes | |

Debtor   **Lurin Real Estate Holdings XXI, LLC**                           Case number (if known)   **26-90344**
　　　　　Name

| | | Amount of claim |
|---|---|---|

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor   **Lurin Real Estate Holdings XXI, LLC** _____   Case number (if known)   **26-90344**
    Name

| | | Amount of claim |
|---|---|---|

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

Debtor **Lurin Real Estate Holdings XXI, LLC** _____  Case number (if known) **26-90344** _____
     Name

| | | Amount of claim |
|---|---|---|

**3.226**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$125.00**

---

**3.227**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$300.00**

---

**3.228**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$300.00**

---

**3.229**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$200.00**

---

**3.230**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$300.00**

---

Debtor **Lurin Real Estate Holdings XXI, LLC**      Case number (if known) **26-90344**

Name

| | | Amount of claim |
|---|---|---|

**3.231**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

    **$6,275.58**

KINGS III OF AMERICA, LLC
PO BOX 739207
DALLAS TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.232**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

    **$149.30**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.233**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

    **$125.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.234**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

    **$100.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.235**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

    **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 48 of 91

Debtor **Lurin Real Estate Holdings XXI, LLC** _____  Case number (if known) **26-90344** _____

Name

| | | Amount of claim |
|---|---|---|

**3.236** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC**      Case number (if known) **26-90344**

Name

|  |  | **Amount of claim** |
|---|---|---|

**3.241**    **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.242**    **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$125.00**

---

**3.243**    **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$100.00**

---

**3.244**    **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$570.00**

---

**3.245**    **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$300.00**

---

Debtor **Lurin Real Estate Holdings XXI, LLC**      Case number (if known) **26-90344**

Name

| | | Amount of claim |
|---|---|---|
| 3.246 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** SECURITY DEPOSIT<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$175.00** |
| 3.247 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** SECURITY DEPOSIT<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$300.00** |
| 3.248 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** SECURITY DEPOSIT<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$300.00** |
| 3.249 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** SECURITY DEPOSIT<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$400.00** |
| 3.250 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** SECURITY DEPOSIT<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$300.00** |

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____
        Name

| | | **Amount of claim** |
|---|---|---|

3.251  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$200.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.252  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.253  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$125.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.254  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.255  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor   **Lurin Real Estate Holdings XXI, LLC**   Case number (if known)   **26-90344**

Name

|  | | Amount of claim |
|---|---|---|

**3.256** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor  **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

     Name

| | | Amount of claim |
|---|---|---|

**3.261** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$175.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$454,427.48**

LURIN ADVISORS, LLC
1331 S JUPITER RD
STE 300
GARLAND TX 75042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,356,786.32**

LURIN CAPITAL, LLC
1331 S JUPITER RD
STE 300
GARLAND TX 75042

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/01/2024

**Basis for the claim:** INTERCOMPANY PROMISSORY NOTE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$525,919.21**

LURIN MANAGEMENT SERVICES LLC
1331 S JUPITER RD
STE 300
GARLAND TX 75042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$873,534.81**

LURIN PROPERTY MGMT. LLC
1331 S JUPITER RD
STE 300
GARLAND TX 75042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC**     Case number (if known) **26-90344**

Name

| | Amount of claim |
|---|---|

**3.266** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$400.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

Name

| | | Amount of claim |
|---|---|---|

**3.271** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.272** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.273** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.274** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$300.00**

---

**3.275** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$300.00**

---

Debtor **Lurin Real Estate Holdings XXI, LLC**     Case number (if known) **26-90344**

Name

| | | Amount of claim |
|---|---|---|

**3.276** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$400.00**

---

**3.277** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$125.00**

---

**3.278** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.279** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$300.00**

---

**3.280** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$175.00**

---

Debtor   **Lurin Real Estate Holdings XXI, LLC** _____  Case number (if known)  **26-90344** _____

     Name

|  | | Amount of claim |
|---|---|---|

**3.281**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$517.50

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.282**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$200.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.283**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$75.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.284**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$200.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.285**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$125.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor   **Lurin Real Estate Holdings XXI, LLC**

Name

Case number (if known)   **26-90344**

|  | | Amount of claim |
|---|---|---|

**3.286**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

**3.287**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$300.00**

---

**3.288**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

**3.289**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$392.50**

---

**3.290**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

Name

| | Amount of claim |
|---|---|

**3.291** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.292** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

$149.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.293** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.294** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

$200.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.295** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

$400.00

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor  **Lurin Real Estate Holdings XXI, LLC**                                    Case number (if known)   **26-90344**

  Name

| | | **Amount of claim** |
|---|---|---|

3.296  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$75.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.297  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$400.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.298  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$200.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.299  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.300  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC**

Name

Case number (if known) **26-90344**

|  | | Amount of claim |
|---|---|---|

**3.301** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$500.00

---

**3.302** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$200.00

---

**3.303** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$75.00

---

**3.304** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$300.00

---

**3.305** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$400.00

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Lurin Real Estate Holdings XXI, LLC**

Name

Case number (if known)   **26-90344**

|  | | | | Amount of claim |
|---|---|---|---|---|

**3.306**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

**3.307**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$75.00**

**3.308**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$300.00**

**3.309**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$300.00**

**3.310**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$400.00**

Debtor **Lurin Real Estate Holdings XXI, LLC**  _____  Case number (if known) **26-90344**  _____
Name

| | | Amount of claim |
|---|---|---|

**3.311** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor    **Lurin Real Estate Holdings XXI, LLC**                                    Case number (if known)    **26-90344**

Name

| | | Amount of claim |
|---|---|---|

**3.316**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$50.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS            **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**                **Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.317**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$75.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS            **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**                **Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.318**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$125.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS            **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**                **Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.319**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$200.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS            **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**                **Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.320**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS            **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**                **Is the claim subject to offset?**    ☐ No    ☐ Yes

---

Debtor   **Lurin Real Estate Holdings XXI, LLC**        Case number (if known)   **26-90344**

    Name

| | | **Amount of claim** |
|---|---|---|

**3.321**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.322**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$125.00**

---

**3.323**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$300.00**

---

**3.324**   **Nonpriority creditor's name and mailing address**

NATIONWIDE COMPLIANT, LLC
P.O. BOX 844569
BOSTON MA 02284

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$16,790.59**

---

**3.325**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$400.00**

---

Debtor    **Lurin Real Estate Holdings XXI, LLC**                                      Case number (if known)    **26-90344**

      Name

|  | | Amount of claim |
|---|---|---|

**3.326** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.327** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.328** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$100.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.329** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$400.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.330** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$200.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 67 of 91

Debtor **Lurin Real Estate Holdings XXI, LLC**　　　　　　　Case number (if known) **26-90344**

Name

| | | Amount of claim |
|---|---|---|

**3.331** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**　☐ No　☐ Yes

**$300.00**

---

**3.332** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**　☐ No　☐ Yes

**$75.00**

---

**3.333** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**　☐ No　☐ Yes

**$200.00**

---

**3.334** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**　☐ No　☐ Yes

**$400.00**

---

**3.335** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**　☐ No　☐ Yes

**$650.00**

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____
    Name

| | | **Amount of claim** |
|---|---|---|

3.336 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$75.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.337 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$200.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.338 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$149.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.339 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.340 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$75.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

Name

| | | Amount of claim |
|---|---|---|

3.341 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$29,806.64

☐ Contingent
☐ Unliquidated
☐ Disputed

PROENERGY
PO BOX 644007, DALLAS
DALLAS TX 75264

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.342 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$200.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.343 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$200.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.344 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$75.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.345 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$125.00

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC**      Case number (if known) **26-90344**

    Name

| | | **Amount of claim** |
|---|---|---|

**3.346** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,100.00**

RASI ENTITY STAFFING, LLC
PO BOX 734298
DALLAS TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** TRADE

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$77,391.80**

REAL FLOORS, INC.
560 WEBB INDUSTRIAL DRIVE
MARIETTA GA 30062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** TRADE

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC**     Case number (if known) **26-90344**

Name

|  | | Amount of claim |
|---|---|---|

**3.351**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.352**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.353**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$1,685.00**

REGISTERED AGENT SOLUTIONS, INC.
PO BOX 7410517 DEPT. 5021
CHICAGO IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.354**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$74,834.06**

RENT READY, LLC
PO BOX 896594
CHARLOTTE NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.355**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$7,535.07**

RENTGROW, INC
PO BOX 847851
BOSTON MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC**                                    Case number (if known) **26-90344**

Name

|  |  | Amount of claim |
|---|---|---|

**3.356** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.357** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$75.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.358** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$11,220.00

ROADRUNNER MODERN WASTE & RECYCLING
PO BOX 6011
HERMITAGE PA 16148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.359** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$500.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.360** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$125.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

Name

| | | Amount of claim |
|---|---|---|
| 3.361 | **Nonpriority creditor's name and mailing address** | $400.00 |

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | $75.00 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | $149.00 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | $200.00 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | $200.00 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC**
Name
_____

Case number (if known) **26-90344**

| | | Amount of claim |
|---|---|---|

**3.366** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$200.00

---

**3.367** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$300.00

---

**3.368** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$175.00

---

**3.369** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$475.00

---

**3.370** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

$200.00

---

Debtor **Lurin Real Estate Holdings XXI, LLC**
Name
Case number (if known) **26-90344**

| | | Amount of claim |
|---|---|---|
| 3.371 | **Nonpriority creditor's name and mailing address** | **$200.00** |

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**          Is the claim subject to offset?    ☐ No   ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | **$125.00** |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**          Is the claim subject to offset?    ☐ No   ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | **$300.00** |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**          Is the claim subject to offset?    ☐ No   ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | **$200.00** |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**          Is the claim subject to offset?    ☐ No   ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | **$75.00** |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:**SECURITY DEPOSIT

**Last 4 digits of account number**          Is the claim subject to offset?    ☐ No   ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____  Case number (if known) **26-90344** _____

Name

|  | | Amount of claim |
|---|---|---|

**3.376** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$500.00**

---

**3.377** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$125.00**

---

**3.378** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.379** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$125.00**

---

**3.380** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____
    Name

|  |  | **Amount of claim** |
|---|---|---|

**3.381** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$75.00**

---

**3.382** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$200.00**

---

**3.383** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$200.00**

---

**3.384** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$125.00**

---

**3.385** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$400.00**

---

Debtor **Lurin Real Estate Holdings XXI, LLC**  Case number (if known) **26-90344**

Name

| | | Amount of claim |
|---|---|---|
| 3.386 | **Nonpriority creditor's name and mailing address**<br><br>SOUTH TEXAS PLUMBING<br>P.O. BOX 840695<br>HOUSTON TX 77284 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$167,093.24** |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.387 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHCROSS SECURITY, INC.<br>P.O. BOX 742145<br>HOUSTON TX 77274 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$773.96** |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.388 | **Nonpriority creditor's name and mailing address**<br><br>STAPLES, INC.<br>P.O. BOX 70242<br>PHILADELPHIA PA 19176 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,982.43** |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.389 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$200.00** |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>SECURITY DEPOSIT</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.390 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$300.00** |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>SECURITY DEPOSIT</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor **Lurin Real Estate Holdings XXI, LLC**

Name

Case number (if known) **26-90344**

| | | Amount of claim |
|---|---|---|

**3.391** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.392** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$75.00**

---

**3.393** **Nonpriority creditor's name and mailing address**

TAA CLICK & LEASE, LLC
P.O. BOX 2379
SAN ANTONIO TX 78298

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$2,220.75**

---

**3.394** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$125.00**

---

**3.395** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** SECURITY DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$400.00**

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____
　　　Name

| | | Amount of claim |
|---|---|---|

| 3.396 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**　☐ No　☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**　☐ No　☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**　☐ No　☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**　☐ No　☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**　☐ No　☐ Yes

---

Debtor   **Lurin Real Estate Holdings XXI, LLC**                                     Case number (if known)   **26-90344**

Name

|  | | Amount of claim |
|---|---|---|

**3.401** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.402** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC**                          Case number (if known) **26-90344**

Name

|  | | Amount of claim |
|---|---|---|

**3.406**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$300.00**

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.407**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$30,432.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

TXU ENERGY
PO BOX 650638
DALLAS TX 75265

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.408**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$200.00**

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.409**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$200.00**

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.410**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$125.00**

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____
Name

| | | Amount of claim |
|---|---|---|

**3.411** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.412** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.414** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.415** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page 84 of 91

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____
      Name

| | | Amount of claim |
|---|---|---|

**3.416** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$400.00** |

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS         **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**         **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.417** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS         **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**         **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS         **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**         **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS         **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**         **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$39,444.42** |

☐ Contingent
☐ Unliquidated
☐ Disputed

WASTE MANAGEMENT
PO BOX 660345
DALLAS TX 75266

**Date(s) debt was incurred** VARIOUS         **Basis for the claim:** TRADE

**Last 4 digits of account number**         **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

Name

| | | Amount of claim |
|---|---|---|

**3.421** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$400.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.425** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor  **Lurin Real Estate Holdings XXI, LLC**                                    Case number (if known)   **26-90344**

Name

|  | | **Amount of claim** |
|---|---|---|

**3.426**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$75.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.427**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.428**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.429**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$300.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.430**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$100.00

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor **Lurin Real Estate Holdings XXI, LLC**      Case number (if known) **26-90344**

Name

| | | Amount of claim |
|---|---|---|

**3.431**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

      **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.432**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

      **$75.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.433**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

      **$125.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.434**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

      **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.435**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

      **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Lurin Real Estate Holdings XXI, LLC** _____   Case number (if known)   **26-90344** _____

Name

| | | Amount of claim |
|---|---|---|

**3.436** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00** |

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

**3.437** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$400.00** |

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

**3.438** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

**3.439** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

**3.440** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00** |

■ Contingent
■ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

Debtor **Lurin Real Estate Holdings XXI, LLC** _____ Case number (if known) **26-90344** _____

Name

| | | Amount of claim |
|---|---|---|
| | | |

**3.441** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$125.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.442** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$175.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.444** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.445** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** SECURITY DEPOSIT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Lurin Real Estate Holdings XXI, LLC**

Name

Case number (if known)   **26-90344**

|  |  | Amount of claim |
|---|---|---|
| 3.446 | **Nonpriority creditor's name and mailing address** | $200.00 |

**As of the petition filing date, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | $200.00 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | $200.00 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>SECURITY DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page**.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | UNDETERMINED |
| **5b. Total claims from Part 2** | 5b. + $ | 13,629,008.05 PLUS UNDETERMINED AMOUNTS |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 13,629,008.05 PLUS UNDETERMINED AMOUNTS |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Lurin Real Estate Holdings XXI, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS (HOUSTON)</strong></td></tr>
<tr><td>Case number (if known)</td><td><strong>26-90344</strong></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                 **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** | LAUNDRY ROOM MACHINES | |
| **State the term remaining** | MONTH TO MONTH | COINMATCH CORPORATION<br>11104 AIR PARK RD<br>ASHLAND VA 23005 |
| **List the contract number of any government contract** | | |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY MANAGEMENT | |
| **State the term remaining** | CONTINOUS | LURIN PROPERTY MANAGEMENT LLC (DBA STEWARD+HELM)<br>1331 S JUPITER RD<br>STE 300<br>GARLAND TX 75042 |
| **List the contract number of any government contract** | | |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** | MAKE READY SERVICES | |
| **State the term remaining** | 08/15/2026 | RENT READY LLC<br>1431 WEST MOREHEAD ST<br>STE 200<br>CHARLOTTE NC 28208 |
| **List the contract number of any government contract** | | |

Debtor  **Lurin Real Estate Holdings XXI, LLC**　　　　　　Case number (if known)  **26-90344**

　　　　　Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | PEST CONTROL | |
| | **State the term remaining** | 02/27/2027 | RENTOKIL NORTH AMERICA INC<br>1125 BERKSHIRE BLVD<br>STE 150<br>WYOMISSING PA 19610 |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | WASTE MANAGEMENT REMOVAL | |
| | **State the term remaining** | 08/01/2028 | ROADRUNNER RECYCLING INC<br>500 WESTOVER DR<br>SANFORD NC 27330 |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITY MONITORING | |
| | **State the term remaining** | MONTH TO MONTH | SOUTHCROSS SECURITY INC<br>PO BOX 742145<br>HOUSTON TX 77274 |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name     **Lurin Real Estate Holdings XXI, LLC**

United States Bankruptcy Court for the:     **Southern District of Texas (Houston)**

Case number (if known)   **26-90344**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | NAME ON FILE | ADDRESS ON FILE | THE GUARANTEE COMPANY OF NORTH AMERICA USA | ■ D 2.23 <br> ☐ E/F <br> ☐ G |
| 2.2 | NAME ON FILE | ADDRESS ON FILE | J ROLMAN PAINTING INC - LIEN #RP-2025-407192 | ■ D 2.12 <br> ☐ E/F <br> ☐ G |
| 2.3 | NAME ON FILE | ADDRESS ON FILE | J ROLMAN PAINTING INC - LIEN #RP-2025-407192 | ■ D 2.12 <br> ☐ E/F <br> ☐ G |
| 2.4 | JON P. VENETOS | 1331 S JUPITER RD STE 300 GARLAND TX 75042 | THE GUARANTEE COMPANY OF NORTH AMERICA USA | ■ D 2.23 <br> ☐ E/F <br> ☐ G |

Official Form 206H          Schedule H: Your Codebtors          Page 1 of 3

Debtor    **Lurin Real Estate Holdings XXI, LLC**                                      Case number (if known)   **26-90344**
          _Name_

| 2.5 | JON VENETOS | 1331 S JUPITER RD STE 300 GARLAND TX 75042 | FANNIE MAE | ■ D     2.7 □ E/F □ G |
|-----|-------------|-------|------|-------|
| 2.6 | NAME ON FILE | ADDRESS ON FILE | THE GUARANTEE COMPANY OF NORTH AMERICA USA | ■ D     2.23 □ E/F □ G |
| 2.7 | NAME ON FILE | ADDRESS ON FILE | J ROLMAN PAINTING INC - LIEN #RP-2025-407192 | ■ D     2.12 □ E/F □ G |
| 2.8 | LURIN CAPITAL, LLC | 1331 S JUPITER RD STE 300 GARLAND TX 75042 | THE GUARANTEE COMPANY OF NORTH AMERICA USA | ■ D     2.23 □ E/F □ G |
| 2.9 | LURIN PROPERTY MANAGEMENT, LLC | 1331 S JUPITER RD STE 300 GARLAND TX 75042 | MONGE CONTRACTING GROUP, LLC | ■ D     2.15 □ E/F □ G |
| 2.10 | LURIN REAL ESTATE HOLDINGS III, LLC | 1331 S JUPITER RD STE 300 GARLAND TX 75042 | THE GUARANTEE COMPANY OF NORTH AMERICA USA | ■ D     2.23 □ E/F □ G |
| 2.11 | LURIN REAL ESTATE HOLDINGS XI, LLC D/B/A ESTATES AT AVENSTAR | 1331 S JUPITER RD STE 300 GARLAND TX 75042 | IMPACT FLOORS OF TEXAS, LLC - LIEN #RP-2025-92408 | ■ D     2.9 □ E/F □ G |
| 2.12 | LURIN REAL ESTATE HOLDINGS XIV, LLC | 1331 S JUPITER RD STE 300 GARLAND TX 75042 | THE GUARANTEE COMPANY OF NORTH AMERICA USA | ■ D     2.23 □ E/F □ G |
| 2.13 | LURIN REAL ESTATE HOLDINGS XV, LLC | 1331 S JUPITER RD STE 300 GARLAND TX 75042 | THE GUARANTEE COMPANY OF NORTH AMERICA USA | ■ D     2.23 □ E/F □ G |

Debtor  **Lurin Real Estate Holdings XXI, LLC**
  Name

Case number (if known)  **26-90344**

| | | | | | |
|---|---|---|---|---|---|
| 2.14 | LURIN REAL ESTATE HOLDINGS XVI, LLC | 1331 S JUPITER RD STE 300 GARLAND TX 75042 | THE GUARANTEE COMPANY OF NORTH AMERICA USA | ■ D ☐ E/F ☐ G | 2.23 |
| 2.15 | LURIN REAL ESTATE II, LLC | 1331 S JUPITER RD STE 300 GARLAND TX 75042 | THE GUARANTEE COMPANY OF NORTH AMERICA USA | ■ D ☐ E/F ☐ G | 2.23 |
| 2.16 | LURIN, LLC | 1331 S JUPITER RD STE 300 GARLAND TX 75042 | ONE STOP RENOVATION LLC | ■ D ☐ E/F ☐ G | 2.16 |
| 2.17 | LURIN, LLC | 1331 S JUPITER RD STE 300 GARLAND TX 75042 | THE CWEREN LAW FIRM, PLLC | ■ D ☐ E/F ☐ G | 2.22 |

Official Form 206H  Schedule H: Your Codebtors  Page 3 of 3

**Fill in this information to identify the case:**

Debtor name    **Lurin Real Estate Holdings XXI, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF TEXAS (HOUSTON)

Case number (if known)    **26-90344**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    *Amended Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2026**    χ **/s/ Mark Shapiro**
                                      Signature of individual signing on behalf of the debtor

                                      **Mark Shapiro**
                                      Printed name

                                      **Chief Restructuring Officer**
                                      Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**