**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | § Chapter 11 |
| | § |
| LURIN REAL ESTATE HOLDINGS XXI, LLC, *et al.* | § Case No. 26-90344 (ARP) |
| | § |
| | § (Jointly Administered) |
| Debtors.[1] | § |
| | § |
| | § |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR VIRTUAL HEARING**
**ON MAY 20, 2026, AT 11:30 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file

this witness and exhibit list for the ***virtual hearing*** to be held on **May 20, 2026, at 11:30 a.m.**

**(prevailing Central Time)** (the "Hearing") before the Honorable Alfredo R. Pérez, United States

Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Texas,

Courtroom 400, 4th Floor, 515 Rusk Street, Houston, Texas 77002 as follows:

**WITNESSES**

The Debtors may call any of the following witnesses at the Hearing, whether in person or

by proffer:

1. Mark Shapiro, Chief Restructuring Officer of Lurin Real Estate Holdings XXI, LLC, *et al.*;

2. Any witnesses listed or called by any other party;

3. Any witnesses necessary to establish that notice of hearing has been provided; and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Lurin/Home-Index. The location of the Debtors' service address is: 2101 Cedar Springs, Suite 1050, Dallas, TX 75201.

18417190

4. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

**EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Utility Company List, attached as Exhibit A to the Proposed Order [Docket No. 310-2] | | | | |
| 2. | Affidavit of Service [Docket No. 311] | | | | |
| 3. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| 4. | Any exhibit introduced by any other party | | | | |
| 5. | Rebuttal or impeachment exhibits as necessary | | | | |

**RESERVATION OF RIGHTS**

The Debtors reserve their right to amend, supplement, or remove any witnesses and/or exhibits prior to the Hearing. The Debtors reserve the right to cross-examine any witness called by any other party. The Debtors also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.

2

18417190

Dated: May 19, 2026

Respectfully submitted,

**PORTER HEDGES LLP**

By:/s/ *Megan Young-John*
Joshua W. Wolfshohl (TX Bar 24038592)
Aaron J. Power (TX Bar 24058058)
M. Shane Johnson (TX Bar 24083263)
Megan Young-John (TX Bar 24088700)
James A. Keefe (TX Bar 24122842)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email: jwolfshohl@porterhedges.com
       apower@porterhedges.com
       sjohnson@porterhedges.com
       myoung-john@porterhedges.com
       jkeefe@porterhedges.com

*Counsel for Debtors and Debtors in Possession*

### Certificate of Service

I certify that on May 19, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Megan Young-John*
Megan Young-John

3

18417190