**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | § <br> § Chapter 11 <br> § |
| LURIN REAL ESTATE HOLDINGS XXI, LLC, *et al.* | § Case No. 26-90344 (ARP) <br> § <br> § (Jointly Administered) |
| Debtors.[1] | § <br> § <br> § |

**NOTICE OF FURTHER EXTENDED DEADLINE FOR THE LATITUDE DEBTOR TO
FILE THE CURE NOTICE AND EXTENSION OF RELATED DEADLINES**
[Relates to Docket Nos. 74, 171, and 473]

**PLEASE TAKE NOTICE** that on March 25, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures for the Sale of Substantially All of Lurin Real Estate Holdings XXI, LLC, Lurin Real Estate Holdings XXVIII, LLC, and Lurin Real Estate Holdings XXXIII, LLC's Assets, (II) Approving Bid Protections, (III) Scheduling Certain Dates With Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, (VI) Authorizing Designation of Stalking Horse Bidders, and (VII) Granting Related Relief* [Docket No. 74] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on April 17, 2026, the Court entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially All of Lurin Real Estate Holdings XXI, LLC, Lurin Real Estate Holdings XXVIII, LLC, and Lurin Real Estate Holdings XXXIII, LLC's Assets, (II) Approving Bid Protections, (III) Scheduling Certain Dates With Respect*

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Lurin/Home-Index.  The location of the Debtors' service address is: 2101 Cedar Springs, Suite 1050, Dallas, TX 75201.

18531993

*Thereto, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, (VI) Authorizing Designation of Stalking Horse Bidders, and (VII) Granting Related Relief* [Docket No. 171] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that the Order provided June 29, 2026, as the deadline for Lurin Real Estate Holdings XXI, LLC (the "Latitude Debtor") to file the Cure Notice (the "Cure Notice Deadline").[2]

**PLEASE TAKE FURTHER NOTICE** that on June 29, 2026, the Debtors filed the *Notice of Extended Deadline for the Latitude Debtor to File the Cure Notice* [Docket No. 473], which extended the Cure Notice Deadline to July 3, 2026.

**PLEASE TAKE FURTHER NOTICE** that the Cure Notice Deadline is further extended to **July 8, 2026**.

**PLEASE TAKE FURTHER NOTICE** that the deadline to submit Qualified Bids is extended to **July 10, 2026**.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file a Cure Objection is extended to **July 14, 2026, at 5:00 p.m. (prevailing Central Time)**. All other deadlines in the Order remain unaffected.

---

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

18531993

Dated: July 6, 2026
      Houston, Texas

By:   */s/ Joshua W. Wolfshohl*
      **PORTER HEDGES LLP**
      Joshua W. Wolfshohl (TX 24038592)
      Aaron J. Power (TX 24058058)
      M. Shane Johnson (TX 24083263)
      Megan Young-John (TX 24088700)
      James A. Keefe (TX 24122842)
      1000 Main Street, 36th Floor
      Houston, Texas 77002
      Telephone: (713) 226-6000
      Fax: (713) 226-6248
      jwolfshohl@porterhedges.com
      apower@porterhedges.com
      sjohnson@porterhedges.com
      myoung-john@porterhedges.com
      jkeefe@porterhedges.com

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

### Certificate of Service

I certify that on July 6, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

3

18531993