UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | § |
|  | § Chapter 11 |
|  | § |
| LURIN REAL ESTATE HOLDINGS XXI, LLC, *et al.* | § Case No. 26-90344 (ARP) |
|  | § |
|  | § (Jointly Administered) |
| Debtors.[1] | § |
|  | § |
|  | § |

**NOTICE OF EXTENDED DEADLINE**
**FOR THE FITZROY DEBTOR TO FILE THE CURE NOTICE**
[Relates to Docket Nos. 351 and 446]

**PLEASE TAKE NOTICE** that on May 27, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures for the Sale of Substantially All Assets of Lurin Real Estate Holdings LXV, LLC, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, (VI) Authorizing Designation of Stalking Horse Bidder, and (VII) Granting Related Relief* [Docket No. 351] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on June 19, 2026, the Court entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially All Assets of Lurin Real Estate Holdings LXV, LLC, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract*

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Lurin/Home-Index.  The location of the Debtors' service address is: 2101 Cedar Springs, Suite 1050, Dallas, TX 75201.

18532242

*Assumption and Assignment Procedures, (VI) Authorizing Designation of Stalking Horse Bidder, and (VII) Granting Related Relief* [Docket No. 446] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that the Order provided July 6, 2026, as the deadline for Lurin Real Estate Holdings LXV, LLC (the "Fitzroy Debtor") to file the Cure Notice (the "Cure Notice Deadline").[2]

**PLEASE TAKE FURTHER NOTICE** that the Cure Notice Deadline is extended to **July 9, 2026**. All other deadlines in the Order remain unaffected.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

18532242

Dated: July 6, 2026
Houston, Texas

By:      */s/ Joshua W. Wolfshohl*
         **PORTER HEDGES LLP**
         Joshua W. Wolfshohl (TX 24038592)
         Aaron J. Power (TX 24058058)
         M. Shane Johnson (TX 24083263)
         Megan Young-John (TX 24088700)
         James A. Keefe (TX 24122842)
         1000 Main Street, 36th Floor
         Houston, Texas 77002
         Telephone: (713) 226-6000
         Fax: (713) 226-6248
         jwolfshohl@porterhedges.com
         apower@porterhedges.com
         sjohnson@porterhedges.com
         myoung-john@porterhedges.com
         jkeefe@porterhedges.com

         **COUNSEL FOR DEBTORS AND
         DEBTORS IN POSSESSION**

## Certificate of Service

I certify that on July 6, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                        */s/ Joshua W. Wolfshohl*
                        Joshua W. Wolfshohl

3

18532242